UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60039-ALTMAN/Strauss

**DOUGLAS LONGHINI**,

    *Plaintiff*,

*v.*

**GATOR ONE, INC**.,

    *Defendant*.

_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal [ECF No. 40] pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and cost, except as indicated in the settlement agreement. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on July 18, 2024.



_____
    **ROY K. ALTMAN**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record